GEORGE FOWLER, SON & COMPANY, *Ltd.*, v. A. M. BROOKS. No. 12,725. (70 Pac. 600.) Error from Wyandotte court of common pleas. Opinion filed November 8, 1902. *In banc. Reversed.* Harkless, O'Grady & Crysler, and Moore & Berger, for plaintiff in error. Geo. Littick, and Angevine & Cubbison, for defendant in error.

65 861
Case 1
66 792

THE DELAWARE INSURANCE COMPANY v. JAMES H. TRUSKETT. No. 12,763. (70 Pac. 1131.) Error from Montgomery district court. Opinion filed November 8, 1902. *In banc. Affirmed.* J. B. Zeigler, and Amidon & Conly, for plaintiff in error. Charlton & Dana, for defendant in error.

THE STATE OF KANSAS v. GATES CHESNEY. No. 13,113. (70 Pac. 1134.) Appeal from Shawnee district court. Opinion filed November 8, 1902. *In banc. Affirmed.* A. A. Godard, attorney-general, and A. L. Redden, for The State. G. C. Clemens, and Otis E. Hungate, for appellant.

THE STATE OF KANSAS v. C. E. SIMMONS. No. 13,150. (70 Pac. 1134.) Appeal from Pawnee district court. Opinion filed November 8, 1902. *In banc. Reversed.* A. A. Godard, attorney-general, and Geo. W. Finney, county attorney, for The State. H. S. Rogers, Temple Houston, and D. P. Marum, for appellant.

THE STATE OF KANSAS v. BEN HORNBECK. No. 13,151. (70 Pac. 1134.) Appeal from Pawnee district court. Opinion filed November 8, 1902. *In banc. Reversed.* A. A. Godard, attorney-general, and Geo. W. Finney, county attorney, for The State. H. S. Rogers, Temple Houston, and D. P. Marum, for appellant.

THE CITY OF MANHATTAN v. ELMER HOLBERT. No. 13,189. (70 Pac. 1130.) Appeal from Riley district court. Opinion filed November 8, 1902. *In banc. Affirmed.* Geo. C. Wilder, for appellee. Crane & Woodburn, for appellant.

65 861
Case 6
170 298

THE STATE OF KANSAS v. S. A. DANIELS. No. 13,236. (70 Pac. 635.) Appeal from Cowley district court. Opinion filed November 8, 1902. *In banc. Affirmed.* A. A. Godard, attorney-general, and J. E. Torrance, county attorney, for The State. H. S. Hines, and Hackney & Lafferty, for appellee.

A. GLUCK, as *Administrator*, etc., v. THOS. L. McCARTY et al. No. 12,770. (70 Pac. 1132.) Error from Ford district court. Opinion filed December 6, 1902. *In banc. Affirmed.* F. J. Oyler, for plaintiff in error. M. W. Sutton, for defendants in error.

THE CITY OF IOLA v. NELSON F. ACRES. No. 12,781. (70 Pac. 1130.) Error from Allen district court. Opinion filed December 6, 1902. *In banc. Affirmed.* Travis Morse, for plaintiff in error. Thompson & Thompson, for defendant in error.

D. K. CROWFOOT, as *Assignee*, etc., v. JOSEPH BOULANGER. No. 12,791. (70 Pac. 1131.) Error from Chautauqua district court. Opinion filed December 6, 1902. *In banc. Dismissed.* J. E. Brooks, for plaintiff in error. W. H. Sproul, for defendant in error.